UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

SONYA ANDERSON,

Debtor.

Case No. 21-44750-lsg
Honorable LISA S. GRETCHKO
Chapter 7

8643 Kinloch
Dearborn Heights, MI 48127
XXX-XX-3680

## LEASE ASSUMPTION AGREEMENT

I agree to assume the Lease Agreement ("Lease"), described below (See Description of Lease), with Lincoln Automotive Financial Services, ("Creditor") pursuant to 11 U.S.C. §365(p) and agree to make the monthly payments, listed below (See Payments Due Under Lease) required under the Lease, which is hereby incorporated by reference. I further agree to be bound by all the terms and conditions of the Lease including but not limited to any and all liability for excess mileage, excess wear and use, and any other amounts required by the Lease. I agree that any protections afforded under 11 U.S.C. §524(a) do not apply to this Lease.

**Description of Lease**

Lease Date: April 20, 2021        Vehicle Description: 2021 Lincoln Aviator (VIN: 5LM5J7XC0MGL09341)

Account No.: 5278

**Payments Due Under Lease**

The next monthly lease payment under the lease is due on June 20, 2021. I agree to continue to make my monthly lease payments as required under the Lease on the 20th day of each month until the lease termination date. The lease termination date is: April 20, 2024. In addition to my normal monthly payments, I agree to cure the default, if any, listed below:

Payments on the Lease ☐ are ☒ are not in default.

I will pay $821.60 a month for 34 months according to the terms and conditions of the Lease Agreement.

I assume the Lease through this Lease Assumption Agreement,   Date: 6/30/21

/s/ Sonya A_____        /s/ N/A
Lessee (Debtor)              Co-Lessee (Co-Debtor)

Approved by Debtor's Attorney: /s/ _____        Date: 7-1-21
R. Thomas Bidari, Law Offices of R. Thomas Bidari PC, 204 Oak St., Wyandotte, MI 48192, (734) 283-5100, lawoffices@wyan.org

Accepted by Creditor by its Attorney or Agent: /s/ _____ P83509        Date: 7/2/2021
Kilpatrick & Associates, P.C., 903 North Opdyke Road, Suite C, Auburn Hills, MI 48326, (248) 377-0700, ecf@kaalaw.com

Printed or Typed Name: /s/ Cassandra Mayant

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

SONYA ANDERSON,

Debtor.

Case No. 21-44750-lsg
Honorable LISA S. GRETCHKO
Chapter 7

8643 Kinloch
Dearborn Heights, MI 48127
XXX-XX-3680

_____/

## STIPULATION FOR ASSUMPTION OF THE LEASE AGREEMENT BETWEEN DEBTOR AND LINCOLN AUTOMOTIVE FINANCIAL SERVICES

Lincoln Automotive Financial Services ("Creditor") and the Debtor, and her undersigned counsel, who hereby stipulate and agree to the Assumption of the Lease Agreement between Creditor and the Debtor regarding the lease of a 2021 Lincoln Aviator (VIN: 5LM5J7XC0MGL09341) under the terms of the Lease Assumption Agreement attached hereto. The Debtor agrees to comply with the terms and conditions of the Lease Agreement and waive the effect of the discharge under 11 U.S.C. §524(a) as to the assumed Lease Agreement.

STIPULATED TO:

LAW OFFICES OF R. THOMAS BIDARI PC

/s/ _____
R. THOMAS BIDARI, ESQ. (P 41618 )
Attorney for Debtor
Law Offices of R. Thomas Bidari PC
204 Oak St.
Wyandotte, MI 48192
lawoffices@wyan.org
(734) 283-5100

KILPATRICK & ASSOCIATES, P.C.

/s/ _____
CASSANDRA H. WEYANT, ESQ. (P83509)
Attorneys for Creditor, Lincoln Automotive Financial Services
903 North Opdyke Road, Suite C
Auburn Hills, MI 48326
ecf@kaalaw.com
(248) 377-0700

/s/ Sonya Anderson
Sonya Anderson
Debtor
8643 Kinloch
Dearborn Heights, MI 48127

Date: June 30, 2021

Fill in this information to identify your case:

Debtor 1: Sonya Anderson
Debtor 2 (Spouse, if filing):
United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN
Case number (If known):

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD / YYYY

Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. Fill in your employment information.

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

   |  | Debtor 1 | Debtor 2 or non-filing spouse |
   |---|---|---|
   | Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
   | Occupation | Commercial Booking Analyst |  |
   | Employer's name | Comerica Bank |  |
   | Employer's address | 39200 W Six Mile<br>Livonia, MI 48152 |  |
   | How long employed there? |  |  |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 4,103.76 | $ N/A |
| 3. | Estimate and list monthly overtime pay. | +$ 0.00 | +$ N/A |
| 4. | Calculate gross income. Add line 2 + line 3. | $ 4,103.76 | $ N/A |

Official Form 106I  Schedule I: Your Income  page 1
21-44750-lsg    Doc 1    Filed 06/01/21    Entered 06/01/21 11:24:54    Page 31 of 50
21-44750-lsg    Doc 13    Filed 07/02/21    Entered 07/02/21 15:49:54    Page 3 of 6

Debtor 1   Sonya Anderson                                      Case number (if known) _____

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
|  | Copy line 4 here | 4. | $ 4,103.76 | $ N/A |

5. List all payroll deductions:

|  |  |  |  |  |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 843.76 | $ N/A |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ N/A |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
| 5e. | Insurance | 5e. | $ 0.00 | $ N/A |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ N/A |
| 5g. | Union dues | 5g. | $ 0.00 | $ N/A |
| 5h. | Other deductions. Specify: _____ | 5h.+ | $ 0.00 + | $ N/A |

6. Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6.  $ 843.76   $ N/A
7. Calculate total monthly take-home pay. Subtract line 6 from line 4.   7.  $ 3,260.00   $ N/A

8. List all other income regularly received:
   8a. Net income from rental property and from operating a business, profession, or farm
       Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a.  $ 0.00   $ N/A
   8b. Interest and dividends   8b.  $ 0.00   $ N/A
   8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive
       Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.  $ 103.00   $ N/A
   8d. Unemployment compensation   8d.  $ 0.00   $ N/A
   8e. Social Security   8e.  $ 0.00   $ N/A
   8f. Other government assistance that you regularly receive
       Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
       Specify: _____   8f.  $ 0.00   $ N/A
   8g. Pension or retirement income   8g.  $ 0.00   $ N/A
   8h. Other monthly income. Specify: _____   8h.+ $ 0.00 +  $ N/A

9. Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.  $ 103.00   $ N/A

10. Calculate monthly income. Add line 7 + line 9.   10.  $ 3,363.00  + $ N/A  = $ 3,363.00
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. State all other regular contributions to the expenses that you list in Schedule J.
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.
    Specify: _____   11.  +$ 0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
    Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies.   12.  $ 3,363.00
    Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
    ■ No.
    ☐ Yes. Explain: _____

Official Form 2~~106I~~  Schedule I: Your Income   page 2
21-44750-lsg   Doc 1   Filed 06/01/21   Entered 06/01/21 11:24:54   Page 32 of 50
21-44750-lsg   Doc 13   Filed 07/02/21   Entered 07/02/21 15:49:54   Page 4 of 6

| Fill in this information to identify your case: | | Check if this is: |
|---|---|---|
| Debtor 1 | Sonya Anderson | ☐ An amended filing |
| Debtor 2 (Spouse, if filing) | | ☐ A supplement showing postpetition chapter 13 expenses as of the following date: |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MICHIGAN | MM / DD / YYYY |
| Case number (If known) | | |

## Official Form 106J
## Schedule J: Your Expenses    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**
   - ■ No. Go to line 2.
   - ☐ Yes. **Does Debtor 2 live in a separate household?**
     - ☐ No
     - ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ☐ No
   Do not list Debtor 1 and Debtor 2. ■ Yes. Fill out this information for each dependent.
   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 13 | ☐ No / ■ Yes |
| Granddaughter | 13 | ☐ No / ■ Yes |
| | | ☐ No / ☐ Yes |
| | | ☐ No / ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   - ■ No
   - ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.    4. $ 1,208.27

   If not included in line 4:
   - 4a. Real estate taxes    4a. $ 0.00
   - 4b. Property, homeowner's, or renter's insurance    4b. $ 0.00
   - 4c. Home maintenance, repair, and upkeep expenses    4c. $ 50.00
   - 4d. Homeowner's association or condominium dues    4d. $ 0.00
5. Additional mortgage payments for your residence, such as home equity loans    5. $ 0.00

Official Form 106J    Schedule J: Your Expenses    page 1

21-44750-lsg    Doc 1    Filed 06/01/21    Entered 06/01/21 11:24:54    Page 33 of 50
21-44750-lsg    Doc 13    Filed 07/02/21    Entered 07/02/21 15:49:54    Page 5 of 6

Debtor 1   Sonya Anderson                                              Case number (if known) _____

6. **Utilities:**
   - 6a. Electricity, heat, natural gas — 6a. $ 200.00
   - 6b. Water, sewer, garbage collection — 6b. $ 63.00
   - 6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $ 150.00
   - 6d. Other. Specify: _____ — 6d. $ 0.00
7. **Food and housekeeping supplies** — 7. $ 300.00
8. **Childcare and children's education costs** — 8. $ 0.00
9. **Clothing, laundry, and dry cleaning** — 9. $ 150.00
10. **Personal care products and services** — 10. $ 45.00
11. **Medical and dental expenses** — 11. $ 50.00
12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments. — 12. $ 100.00
13. Entertainment, clubs, recreation, newspapers, magazines, and books — 13. $ 0.00
14. Charitable contributions and religious donations — 14. $ 0.00
15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance — 15a. $ 0.00
    - 15b. Health insurance — 15b. $ 0.00
    - 15c. Vehicle insurance — 15c. $ 162.50
    - 15d. Other insurance. Specify: _____ — 15d. $ 0.00
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: **IRS** — 16. $ 85.00
17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1 — 17a. $ 780.00
    - 17b. Car payments for Vehicle 2 — 17b. $ 0.00
    - 17c. Other. Specify: _____ — 17c. $ 0.00
    - 17d. Other. Specify: _____ — 17d. $ 0.00
18. Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I). — 18. $ 0.00
19. Other payments you make to support others who do not live with you.
    Specify: _____ — 19. $ 0.00
20. Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*
    - 20a. Mortgages on other property — 20a. $ 0.00
    - 20b. Real estate taxes — 20b. $ 0.00
    - 20c. Property, homeowner's, or renter's insurance — 20c. $ 0.00
    - 20d. Maintenance, repair, and upkeep expenses — 20d. $ 0.00
    - 20e. Homeowner's association or condominium dues — 20e. $ 0.00
21. Other: Specify: _____ — 21. +$ 0.00

22. **Calculate your monthly expenses**
    - 22a. Add lines 4 through 21. — $ 3,343.77
    - 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 — $
    - 22c. Add line 22a and 22b. The result is your monthly expenses. — $ 3,343.77

23. **Calculate your monthly net income.**
    - 23a. Copy line 12 (*your combined monthly income*) from Schedule I. — 23a. $ 3,363.00
    - 23b. Copy your monthly expenses from line 22c above. — 23b. -$ 3,343.77
    - 23c. Subtract your monthly expenses from your monthly income.
      The result is your *monthly net income.* — 23c. $ 19.23

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    - ■ No.
    - ☐ Yes. Explain here: _____

Official Form 106J                               Schedule J: Your Expenses                                    page 2
21-44750-lsg    Doc 1    Filed 06/01/21    Entered 06/01/21 11:24:54    Page 34 of 50
21-44750-lsg    Doc 13   Filed 07/02/21    Entered 07/02/21 15:49:54    Page 6 of 6